USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :      20 CR 473(VM)
       -against-                    :      ORDER
                                    :
ALHASANA HYDARA,                    :
                                    :
              Defendant.            :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Government, with the consent of counsel for the Defendant (see attached letter), requests that the status conference currently scheduled for October 14, 2020 be rescheduled. The conference shall be scheduled for Friday October 30, 2020 at 10:30 a.m.

Unless otherwise ordered by this Court, the conference shall be a teleconference. The participants are directed to use the dial-in number 888-363-4749, with access code 8392198.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until October 30, 2020.

It is hereby ordered that time until October 30, 2020 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          13 October 2020

_____
Victor Marrero
U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2020

**By Email**
Hon. Victor Marrero
United States Distrct Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    *United States v. Alhasana Hydara*, 20 Cr. 473 (VM)

Dear Judge Marrero:

    The parties respectfully request that the conference in this case, currently scheduled for tomorrow, be set for a teleconference during the week of October 26, in order to facilitate the defendant's participation in the conference.

    The Government also respectfully requests exclusion of time under the Speedy Trial Act until the new conference date because the ends of justice served by this continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Defense counsel has informed the Government that he consents to the exclusion of time.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

by: _____
    Andrew A. Rohrbach
    Assistant United States Attorney
    (212) 637-2345

CC: Donald Yanella, Esq. (by email)