```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     20 CR 473 (VM)
         -against-                 :         ORDER
                                   :
ALHASANA HYDARA,                   :
                                   :
              Defendant.           :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the scheduling needs of the MCC, the status conference before the Honorable Victor Marrero on Friday, October 30, 2020 at 10:30 a.m. is hereby rescheduled to Friday October 30, 2020 at 9:00 a.m. In light of the ongoing public health crisis, the conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         29 October 2020

_____
Victor Marrero
U.S.D.J.