```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------X
UNITED STATES OF AMERICA,  :      20 CR 473 (VM)
                                              :
      -against-                       :
                                              :      ORDER
ALHASANA HYDARA,                 :
                                              :
               Defendant.   :
------------------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that the sentencing of the above-named defendant shall be scheduled for Friday, April 9, 2021 at 12:00 P.M.

**SO ORDERED:**

Dated: New York, New York
      11 February 2021

_____
Victor Marrero
U.S.D.J.