USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :    **20 CR 473 (VM)**
                                   :
        -against-                  :
                                   :    **ORDER**
ALHASANA HYDARA,                   :
                                   :
               Defendant.          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for Friday, April 9, 2021 at 12:00 P.M. will be rescheduled to Friday, April 9, 2021 at 9:00 A.M. The proceeding shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         31 March 2021

_____
Victor Marrero
U.S.D.J.