USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2022

Law Offices of
## Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100**<br>**River Edge, NJ 07661** | **233 Broadway, Suite 2370**<br>**New York, NY 10279**<br>(Preferred mailing address) |

November 14, 2022

Hon. Victor Marrero
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    US v. Sidibeh - 20 CR 473 (VM)

Dear Judge Marrero:

    In connection with the above-captioned case, I was appointed as CJA counsel for Alhasana Hydara. Mr. Hydara pleaded guilty in that case, and he is currently serving a three-year term of supervised release.

    The United States Probation Department recently filed specifications alleging violations of supervised release ("VOSR"). The Probation Department has requested my assistance in attempting to address the specifications with Mr. Hydara. Your Honor scheduled an arraignment on the VOSR on December 16, 2022, at 2:30 PM.

    I respectfully request that I be reappointed as CJA counsel for Mr. Hydara in connection with this VOSR. Thank you for your courtesy and attention to this matter.

                          Sincerely,

                           /s/

                           Donald J. Yannella, Esq.

---

Request GRANTED. The Court hereby grants the above request for the reappointment of CJA counsel for Alhasana Hydara in connection with the VOSR.

**SO ORDERED**

November 17, 2022                    _____
                                          Victor Marrero
                                          U.S.D.J.