USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

ALHASANA HYDARA,

                Defendant.

---

**20 CR 0473-4 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby schedules a VOSR conference in this case as to defendant Alhasana Hydara for Friday, December 16, 2022 at 2:30 PM.

**SO ORDERED.**

Dated:    2 December 2022
            New York, New York

                                            _____
                                            Victor Marrero
                                            U.S.D.J.