

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2023
```

January 20, 2023

**BY ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> RE:  *United States v. Alhasana Hydara*, 20 Cr. 473 (VM)

Dear Judge Marrero:

The Government respectfully writes regarding the status of the defendant Alhasana Hydara's compliance with the terms of his supervised release. At the conference on December 16, 2022, the Court set a conference for February 3, 2023, and directed the parties to provide an update today regarding the status of the defendant's compliance with the terms of his supervised release.

The defendant was arrested on January 10 and charged by the Bronx County District Attorney with criminal possession of a weapon in the second degree, among other offenses. He is currently detained by the State, and the Government understands that the Probation Officer has lodged a warrant to bring the defendant to this District should he be released from State custody. The Government understands that the Probation Officer is preparing a violation report.

Accordingly, the Government respectfully requests that the Court adjourn the conference on February 3 until such time as the defendant is arrested on the violation and brought to this District. The parties can provide a status report in 60 days if the defendant has not arrived by that time. The Government has conferred with defense counsel, who consents to this proposal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  _____/s/_____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

---

Request **GRANTED.** The Court hereby adjourns the conference scheduled for February 3, 2023 at 11:30 AM until April 7, 2023 at 11:30 AM.

**SO ORDERED.**

1/23/2023
DATE            VICTOR MARRERO, U.S.D.J.