

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2023

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 2, 2023

**BY ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   RE: *United States v. Alhasana Hydara*, 20 Cr. 473 (VM)

Dear Judge Marrero:

  The Government respectfully writes regarding the pending proceeding regarding the defendant Alhasana Hydara's violation of the terms of his supervised release. The Probation Office has submitted a violation report, which contains specifications that overlap in part with a pending case in New York state court.

  The next proceeding in state court is currently set for June 15, 2023, and it appears that the state case is unlikely to resolve on that date. Accordingly, the Government respectfully requests that the Court adjourn the next conference in this case, currently set for June 16, 2023, for a period of 60 days. The Government has conferred with defense counsel, who consents to this proposal.

> Request **GRANTED.** The Court hereby adjourns the VOSR proceeding set for Friday, June 16, 2023 at 1:00 PM to Friday, September 1, 2023 at 10:30 AM.
>
> SO ORDERED.
> Dated: 5 June, 2023
>
> /s/ Victor Marrero, U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   /s/
  Andrew A. Rohrbach
  Assistant United States Attorney
  (212) 637-2345

CC: Donald Yanella, Esq. (by ECF)