**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     **20 CR 473(VM)**
        -against-                   :     **ORDER**
                                    :
ALHASANA HYDARA,                    :
                                    :
                Defendant.          :
----------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023
```

**VICTOR MARRERO, U.S.D.J.:**

    The Court hereby adjourns the VOSR Hearing scheduled for Friday, September 1, 2023 at 10:30 AM to Friday, October 13, 2023 at 10:30 AM.

**SO ORDERED:**

Dated:    New York, New York
          30 August 2023

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.