

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   10/5/23
```

October 4, 2023

**BY ECF**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Alhasana Hydara*, 20 Cr. 473 (VM)

Dear Judge Marrero:

   The Government respectfully submits this letter to request, with defense counsel's consent, a 30-day adjournment of the status conference scheduled for October 13, 2023 regarding defendant Alhasana Hydara's violations of the terms of his supervised release. Because the Probation Office's violation report contains specifications that overlap in part with a pending case in New York state court, the adjournment would allow the parties to determine the appropriate path forward in this matter while the state case is resolving.

```
Request GRANTED. The Court hereby
adjourns the Friday, October 13,
2023 conference at 10:30 AM to
Friday, November 17, 2023 at 3:00
PM.

                        [signature]
                        Victor Marrero
                        U.S.D.J.
SO ORDERED.
Dated: 5 October 2023
```

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: [signature]
Katherine Cheng
Assistant United States Attorney
(212) 637-2492

Cc: Donald Yanella, Esq. (via ECF)