Law Offices of
# Donald J. Yannella
A NY Professional Corporation  
Email: nynjcrimlawyer@gmail.com  
Tel: (212) 226-2883  
Fax: (646) 430-8379

135 Prospect Street, 1st floor  
Ridgewood, NJ 07450

299 Broadway, Suite 800  
New York, NY 10007  
(Preferred mailing address)

November 13, 2023

Hon. Victor Marrero  
United States District Judge  
500 Pearl Street  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/23
```

Re: United States v. Alhasana Hydara, 20 Cr 473 (VM)

Dear Judge Marrero:

    I am defense counsel for Alhasana Hydara on this violation of supervised release, which is next scheduled for a hearing on November 17, 2023. With the consent of Assistant United States Attorney Katherine Cheng, I respectfully request an adjournment of approximately 30 days. Mr. Hydara still has a pending gun case in Part 71 of Bronx County Supreme Court, Indictment 70195-23, and the parties are discussing possible disposition.

Sincerely,

*Don Yannella*

Donald J. Yannella, Esq.

---

Request **GRANTED**. The above-referenced hearing is hereby adjourned to January 19, 2024, at 3 p.m.

**SO ORDERED.**

11/15/23  
DATE

VICTOR MARRERO, U.S.D.J.