```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       - against -

ALSAHANA HYDARA,

                      Defendant.

20-cr-0473

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Proceedings in this matter currently scheduled for February 9, 2024, are hereby adjourned to March 8, 2024, at 11:30 a.m.

**SO ORDERED.**

Dated:    February 6, 2024
             New York, New York

                                                  _____
                                                     Victor Marrero
                                                       U.S.D.J.