```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :   20 CR 473 (VM)
           -against-                :   ORDER
                                    :
ALHASANA HYDARA,                    :
                                    :
                  Defendant.        :
-----------------------------------X
```

VICTOR MARRERO, U.S.D.J.:

    The Court hereby adjourns the VOSR Hearing scheduled for Friday, April 26, 2024, at 11:00 AM, to Thursday, May 30, 2024, at 10:00 AM.

**SO ORDERED:**

Dated:    New York, New York
            March 27, 2024

_____
                      Victor Marrero
                        U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/24