UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

      v.

ALHASANA HYDARA,

               Defendant.
------------------------------------------------------x

ORDER

20 Cr. 473 (VM)

      Upon the annexed Affirmation and Application of Donald Yannella, Esq., defense counsel for Alhasana Hydara, requesting that an Order be issued unsealing and producing the below-referenced records maintained by the New York City Law Department, 900 Sheridan Avenue, Bronx, NY 10451,

      IT IS HEREBY ORDERED that all records of the New York City Law Department with respect to the arrest and prosecution or adjudication of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉ in relation to alleged possession of a firearm in Bronx County on January 10, 2023, be unsealed, in order that said records be produced in the United States District Court and to permit Donald Yannella, Esq. and the United States Attorney's Office, Southern District of New York, to review the contents of the records;

      AND IT IS FURTHER ORDERED that said records be delivered to the United States District Court, 500 Pearl Street, New York, NY 10007, on or before May 24, 2024.

Dated May 20, 2024

_____
Honorable Victor Marrero
United States District Judge
Southern District of New York