```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

          - against -

ALHASANA HYDARA,

          Defendant.

20 Cr. 473(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The initial VOSR conference in this matter is hereby scheduled for January 10, 2025, at 1:00 pm.

**SO ORDERED.**

Dated:    December 30, 2024
            New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.