**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2025
```

UNITED STATES OF AMERICA

        - against -

ALHASANA HYDARA,

                Defendant.

**20 Cr. 473(VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby adjourns the initial VOSR conference on January 10, 2025, to January 31, 2025, at 11:00 am.

**SO ORDERED.**

Dated:    January 10, 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.