**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA

           - against -

ALHASANA HYDARA,

                   Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2025

20 Cr. 473(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    To accommodate the Defendant's religious observance, the Court hereby changes the time of the initial VOSR conference to 9:30 am on January 31, 2025.

**SO ORDERED.**

Dated:    January 24, 2025
            New York, New York

                                                      _____
                                                        Victor Marrero
                                                          U.S.D.J.