**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

           - against -

ALHASANA HYDARA,

                    Defendant.

20 Cr. 473(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby adjourns the initial VOSR conference on January 31, 2025, to February 13, 2025, at 2:00 pm.

**SO ORDERED.**

Dated:    January 31, 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.