USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

ALHASANA HYDARA,

        *Defendant.*

**ORDER**

20 Cr. 473 (LAK)

WHEREAS, with the defendant's consent, his admission to specification 13 of the amended violation report was made before a United States Magistrate Judge on April 7, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript, this Court has determined that the defendant admitted to the specification knowingly and voluntarily and that there was a factual basis for the admission; and

IT IS HEREBY ORDERED that the defendant's admission is accepted.

SO ORDERED:

Dated:    New York, New York
          September 3, 2025

                                                THE HONORABLE LEWIS A. KAPLAN
                                                UNITED STATES DISTRICT JUDGE

2023.11.26